UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAISY RIVERA,

       Plaintiff,

v.                                 Case No:   2:14-cv-718-FtM-38DNF

GOLFVIEW GOLF & RACQUET
CLUB COMMUNITY ASSOCIATION,
INC. and DENNIS CATOE,

       Defendants.
_____/

**ORDER**[1]

This matter is before the Court on the parties' Joint Report Regarding Settlement (Doc. #26) filed on April 6, 2015.  Per the Court's Scheduling Order (Doc. #9), the parties advise that they have not settled this wage and hour matter at their settlement conference, but they request an additional thirty (30) days to continue settlement discussions. Because the Court finds that additional time will be beneficial to the parties' resolving this case amicably, the Court will grant the parties' request.

Accordingly, it is now

**ORDERED:**

(1) The parties shall have until **May 7, 2015**, to complete their settlement discussions.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The parties shall jointly file a Second Report Regarding Settlement on or before **May 14, 2015**, that notifies the Court whether the parties (1) have settled the case; (2) wish to engage in a formal mediation conference before a specific mediator on or before a specific date; (3) request a settlement conference before the United States Magistrate Judge who upon the parties' consent shall have the authority to approve the settlement as a fair and reasonable resolution of a bona fide dispute over FLSA issues without additional filings made by the parties; or (4) have exhausted all settlement efforts and will immediately file a Case Management Report signed by counsel for all parties.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record